IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Daniel B. Sparr

Civil Action No. 97-cv-1841-DBS

COLORADO ENVIRONMENTAL COALITION,
a non-profit corporation, and BIODIVERSITY LEGAL
FOUNDATION, a non-profit corporation,
Plaintiffs,
vs.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
STEPHEN JOHNSON, in his official capacity as the
Administrator of the United States Environmental
Protection Agency; and ROBERT ROBERTS,
in his official capacity as the Regional Administrator
of the United States Environmental Protection Agency

_____

ORDER
_____

THIS MATTER comes before the Court on the "Joint Motion to Dismiss without Prejudice" [Doc. # 68].

The Court has reviewed the motion and has noted that although the motion is designated as "joint", it contains an electronic signature only from counsel for Defendants.

Nevertheless, based upon a representation from counsel for Defendants that the motion has been agreed to by all parties who remain 'active' in the case,

It is, therefore, ORDERED that the Motion to Dismiss without Prejudice is Granted. The First Amended Complaint for Declaratory and Injunctive Relief [Doc. # 12] is Dismissed without Prejudice.

DATED at Denver, Colorado,  this 5th day of October, 2006.

BY THE COURT:

   s/ Daniel B. Sparr
Daniel B. Sparr
Senior United States District Judge